Keaton D. SUTTON, Plaintiff–Appellant,

v.

NORTHERN NECK REGIONAL JAIL, Entire Medical Staff; Northern Neck Regional Jail, Superintendent; Northern Neck Regional Jail, Medical Department, Defendants–Appellees.

No. 14–6801.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 28, 2014.

Decided: Sept. 3, 2014.

Keaton D. Sutton, Appellant Pro Se.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keaton D. Sutton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012), for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sutton v. N. Neck Reg'l Jail,* No. 1:14–cv–00504–LO–JFA (E.D. Va. filed May 9, 2014; entered May 13, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

80

this court and argument would not aid the decisional process.

*AFFIRMED.*

Maria S. Kiraly appeals from the district court's order granting Appellee's motion to dismiss, dismissing her complaint under Fed.R.Civ.P. 12(b)(6), and denying her request to file an amended complaint. We have reviewed the briefs on appeal and the record, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* (J.A. at 73–82). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*